Uzoma Alex Eze, Esq.
Attorney for Plaintiff
Thomas Lessey
225 Broadway, Suite 705
New York, NY 10007
212-312-7214

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Thomas Lessey

Plaintiff,

v.                                                    08 CV 3884
                                              Notice of Appearance

Broadway Electric, Andre Hicks and Does 1-10

Defendants
_____

TO:     Broadway Electric, Et al
        1261 Broadway Suite 609
        New York, NY 10001

PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of plaintiff Thomas Lessey in the above-captioned action.  Contact information for the undersigned counsel for the plaintiff is as follows:

Uzoma Alex Eze, Esq.
225 Broadway Suite 705
New York, NY 10007
212-312-7214
uae@laweze.com

The email address listed above should be used for electronic case filing notification purposes.

Dated: May 26, 2008

By: _____
    Uzoma Alex Eze, Esq. (UE 0475)
    Attorney for Plaintiff Thomas Lessey

1