UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
THOMAS LESSEY,

                Plaintiff,

        v.

BROADWAY ELECTRIC;
ANDRE HICKS;
DOES 1-10

                Defendants.
----------------------------------------X

Case No.: 08 CIV 3884 (PKC)

STIPULATION AND ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of record that the time within which defendants, Broadway Electric and Andre Hicks, may answer, move or otherwise respond to the complaint in this matter is hereby extended through and including June 23, 2008.

This Stipulation may be executed by facsimile with the same force and effect as if signed with original signatures.

Dated: New York, New York
       May 22, 2008

Respectfully Submitted,

LAW OFFICES OF UZOMA ALEX EZE

By: _____
Nkereuwem I. Umoh (NU 7233)
Attorneys for Plaintiff
Thomas Lessey
255 Livingston Street, 4th Floor
New York, NY 11217
Phone: 718-360-0527
Fax No: 718-360-1916

GOETZ FITZPATRICK LLP

By: _____
Michael R. Fleishman (MF 5022)
Attorneys for Defendants
Broadway Electric and Andre Hicks
One Penn Plaza - Suite 4401
New York, New York 10119
Phone: 212-695-8100
Fax No.: 212-629-4013

SO ORDERED:
_____
U.S.D.J.
5-27-08