```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
THOMAS LESSEY,
                                        Case No.: 08 CIV 3884 (PKC)
                Plaintiff,

        v.
                                        **STATEMENT PURSUANT TO**
BROADWAY ELECTRIC;                      **FED. R. CIV. P. 7.1**
ANDRE HICKS;
DOES 1-10

                Defendants.
----------------------------------X
```

Pursuant to Fed.R.Civ.P. 7.1(a), Defendant Broadway Electric LLC, by its attorneys of record, certifies that (i) there are no parent corporations; and (ii) no publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York
        June 23, 2008

                                        GOETZ FITZPATRICK LLP

                                        By: _____
                                            Michael R. Fleishman (MF 9022)
                                        Attorneys for Defendants
                                        One Penn Plaza, Suie 4401
                                        New York, NY 10119
                                        (212) 695-8100

W:\Adorsett\Michael\Pleadings\Broadway Electric\Rule7.1.doc